AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>Joel Evan Lattimer<br><br>*Defendant(s)* | ) ) ) ) Case No. 2:21-cr-20262-MSN<br>) ) ) ) ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 4, 2021** in the county of **Shelby** in the **Western** District of **Tennessee**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. sec. 1470 | Attempted transfer of obscene material to a minor |

This criminal complaint is based on these facts:

On or about 11/4/2021, via internet chat application Wickr, Lattimer knowingly sent to an undercover officer whom he believed to be a 12-year-old girl, two videos of himself masturbating. This occurred in the Western District of Tennessee and elsewhere. The internet is a means and facility of interstate commerce. See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Keyotta Sanford, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 12/03/2021

s/ Annie Christoff
*Judge's signature*

City and state: Memphis, TN

Hon. Annie T. Christoff, U.S. Magistrate Judge
*Printed name and title*